J. P. Sullivan, appellee, v. Harry L. Harris and John A. Rodgers, copartners, trading as Stutz-Chicago Company, appellants. Gen. No. 31,101.

Action for negligent injury to property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed on remittitur of $180. Opinion filed October 5, 1926.

John A. Bloomingston, for appellants. Cassels, Potter & Bentley, for appellee; Ralph F. Potter and Claud D. Raber, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Veneer Lumber & Plywood Company, appellee, v. Morris Joseph et al., appellants. Gen. No. 31,173.

Bill for cancellation of lease and for injunctive relief. Interlocutory injunction granted. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Hyman Soboroff, for appellants. Edward L. England, for appellee; Homer A. Dodge, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Costa A. Pandaleon et al., appellees, v. Andrea Russo, trading as Russo & Company, appellant. Gen. No. 30,765.

Action for goods sold and delivered under contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Brown, Packard, Peckham & Barnes, for appellant. Church, Haft & Robertson, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

John A. Corboy et al., appellees, v. Isabelle Corboy Graham, appellant. Gen. No. 30,857.

Bill to construe will. Cross-bill to restrain execution of lease by trustees under such will. Cross-bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 5, 1926.

Francis M. Lowes, for appellant. Dunne & Corboy, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Wladyslaw Juchniewicz and Katarzyna Juchniewicz, appellees, v. Erwin E. Cowen et al., appellants. Gen. No. 30,875.

Action upon judgment note. Order denying motion to vacate judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the second